The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>CHARLES JAMES WILLIAMS,<br><br>　　　　　　　　　　Defendant. | NO. 2:07-cr-00426-RSM<br><br>**ORDER GRANTING AN EXTENSION OF TIME** |

This Court, having considered the stipulation of the parties, hereby directs that:

1. The United States file its response to the motion of the Defendant for a reduction in sentence under the First Step Act on or before May 9, 2019; and

2. The defense file any reply on or before May 16, 2019.

SO ORDERED this 22nd day of April, 2019.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

**ORDER GRANTING AN EXTENSION OF TIME**
*United States v. Charles James Williams*
**2:07-cr-00426-RSM**

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970