UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | CASE NO. CR07-370RSM/<br>CR07-426RSM<br>ORDER TO SEAL DOCUMENT |

THE COURT having considered the motion to file counsel's Declaration concerning defendant's Motion to Substitute Attorney under seal for referring to and citing documents which are not in the public domain, the Court hereby makes the following findings:

That based upon the reasons set forth in defense counsel's motion to file under seal:

IT IS THEREFORE ORDERED that attorney Tim Lohraff is hereby given leave to file his Declaration under seal.

///

///

ORDER TO SEAL DOCUMENT - 1

DATED this 20nd day of October, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE