Chief Judge Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | NO.  CR07-380RSM<br>        CR07-426RSM<br><br>ORDER EXTENDING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS SUPERVISED RELEASE VIOLATIONS |

THIS MATTER having come before the Court on the Government's Motion to Extend the Deadline to File its Response to Defendant's Motion to Dismiss Supervised Release Violations, and the Court being fully advised on the matter,

IT IS HEREBY ORDERED that the deadline for the Government to file its response shall be extended to December 10, 2020.

///

///

///

///

ORDER EXTENDIING THE DEADLINE FOR THE GOVERNMENT TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS SUPERVISED RELEASE VIOLATIONS- 1
*U.S. v. Charles James Williams, CR07-380RSM & CR07-426RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 4th day of December, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

ORDER EXTENDIING THE DEADLINE FOR THE GOVERNMENT
TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS
SUPERVISED RELEASE VIOLATIONS- 2
*U.S. v. Charles James Williams, CR07-380RSM & CR07-426RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

ORDER EXTENDIING THE DEADLINE FOR THE GOVERNMENT
TO FILE ITS RESPONSE TO DEFENDANT'S MOTION TO DISMISS
SUPERVISED RELEASE VIOLATIONS- 3
*U.S. v. Charles James Williams, CR07-380RSM & CR07-426RSM*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970