The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | NO. CR07-380RSM<br>CR07-426RSM<br><br>**ORDER TO SEAL** |

Having read the Government's Motion to Seal and because of the sensitive information contained within Exhibits 1-22 to the Government's Response to Defendant's Motion to Dismiss Supervised Release Violations;

//
//
//

Order to Seal
*U.S. v. Charles James Williams,* CR07-380 RSM; CR07-426 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

It is hereby ORDERED that Exhibits 1-22 to the Government's Response to Defendant's Motion to Dismiss Supervised Release Violations shall remain sealed.

DATED this 10th day of December, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*S/ C. Andrew Colasurdo*
C. ANDREW COLASURDO
Assistant United States Attorney

Order to Seal
*U.S. v. Charles James Williams,* CR07-380 RSM; CR07-426 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970