UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | CASE NO. CR07-380RSM<br>            CR07-426RSM<br><br>ORDER TO PROCEED WITH REMOTE HEARING |

Defendant's motion to proceed with the revocation and disposition hearing in this matter is GRANTED.

DATED this 10th day of February, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER TO PROCEED WITH REMOTE HEARING - 1