1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHARLES JAMES WILLIAMS,<br><br>Defendant. | CASE NO. CR07-380RSM<br>CR07-426RSM<br>ORDER TO PROCEED WITH<br>REMOTE HEARING |

THE COURT having considered the motion to proceed with a disposition hearing by video conferencing and the records and files herein, the Court finds that a failure to grant the motion would result in serious harm to the interests of justice. The motion is GRANTED.

///

///

///

ORDER TO PROCEED WITH REMOTE HEARING - 1

1

2    DATED this 26th day of February, 2021.

3

4

5

                      RICARDO S. MARTINEZ
6                      CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24